UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis W. Fischer and Judith Fischer, and Western National Insurance Group,

Plaintiffs,

vs.

Rheem Manufacturing Company, Robertshaw Controls Company; and Reliant Energy Resources Corp., d/b/a Reliant Energy Minnegasco,

Defendants.

Court File No. 01-1739 PAM/~~JGL~~ RLE

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE**

IT IS HEREBY stipulated by and between the parties that the following revised pretrial schedule govern all subsequent proceedings. That factual discovery shall terminate on **June 30, 2003**. Plaintiffs' expert disclosures shall be made on or before **July 31, 2003**, and defendants' expert disclosures shall be made on or before **September 30, 2003**. The remaining provisions of the Court's prior Scheduling Order, entered August 23, 2002, shall remain as previously stated, namely: non-dispositive motion deadline **December 1, 2003**, dispositive motion deadline **January 1, 2004**, trial date **February 1, 2004**.

**STEMPEL & ASSOCIATES, PLC**

Dated: 4-18, 2003

Bradley L. Doty, #276364
41 Twelfth Avenue North
Hopkins, MN 55343
(952) 935-0908
***Attorneys for Plaintiff Western National Insurance Group***

21

FILED APR 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ROBINS, KAPLAN, MILLER & CIRESI, P.A.**

Dated: 4/21, 2003

James L. Fetterly, #29026
Stephen G. Lickteig, #63058
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
***Attorneys for Dennis and Judith Fischer***

**COUSINEAU, MCGUIRE & ANDERSON**

Dated: __________, 2003

Peter G. Van Bergen, #112033
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400
***Attorneys for Reliant Energy***

**COUSINEAU, MCGUIRE & ANDERSON**

Dated: __________, 2003

James L. Haigh, #39469
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400
***Attorneys for Rheem Mfg. Co.***

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: 4-18, 2003

George W. Flynn, #30454
Hal A. Shillingstad, #195777
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Robertshaw Controls Co.***

**ROBINS, KAPLAN, MILLER & CIRESI, P.A.**

Dated: ______________, 2003

James L. Fetterly, #29026
Stephen G. Lickteig, #63058
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
*Attorneys for Dennis and Judith Fischer*

**COUSINEAU, MCGUIRE & ANDERSON**

Dated: 4/21, 2003

Peter G. Van Bergen, #112033
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400
*Attorneys for Reliant Energy*

**COUSINEAU, MCGUIRE & ANDERSON**

Dated: 4/21, 2003

James L. Haigh, #39469
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
(952) 546-8400
*Attorneys for Rheem Mfg. Co.*

**FLYNN, GASKINS & BENNETT, L.L.P.**

Dated: 4-18, 2003

George W. Flynn, #30454
Hal A. Shillingstad, #195777
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Robertshaw Controls Co.*



STIPULATION

**ORDER**

The Court, having been fully apprised of the matter set forth above, and finding good cause consistent with Local Rule 16.3 hereby adopts the above as the Revised Pretrial Schedule on the above matter.

IT IS SO ORDERED:

Dated: 4/22, 2003

Raymond L. Erickson

The Honorable Raymond L. Erickson
U.S. Magistrate Judge