UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis W. Fischer and Judith Fischer,
and Western National Insurance Group,

Plaintiffs,

vs.

Rheem Manufacturing Company,
Robertshaw Controls Company; and
Reliant Energy Resources Corp., d/b/a
Reliant Energy Minnegasco,

Defendants.

Court File No. 01-1739 PAM/~~JGL~~ RLE

**ORDER AMENDING PRETRIAL SCHEDULE**

IT IS HEREBY ORDERED following a telephone conference on June 5, 2003 with all counsel of record and upon good cause shown consistent with Local Rule 16.3 that the following pretrial schedule govern all subsequent proceedings. That factual discovery shall terminate on **July 31, 2003**. Plaintiffs' expert disclosures shall be made on or before **August 31, 2003**, and defendants' expert disclosures shall be made on or before **October 31, 2003**. The remaining provisions of the Court's prior Scheduling Order, entered August 23, 2002, shall remain as previously stated, namely: non-dispositive motion deadline **December 1, 2003**, dispositive motion deadline **January 1, 2004**, trial date **February 1, 2004**.

IT IS SO ORDERED:

Dated: 7-9-, 2003

Raymond L Erickson
The Honorable Raymond L. Erickson
U.S. Magistrate Judge

(23)

FILED ... 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK