UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Dennis W. Fischer and Judith Fischer and Western National Insurance Group,

Plaintiffs,

vs. MINUTE ORDER

Rheem Manufacturing Company, Robertshaw Controls Company, and Reliant Energy Resources Corp., d/b/a Reliant Energy Minnegasco,

Defendants. Civ. No. 01-1739(PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of July, 2003.

* * *

On July 25, 2003, we heard the parties' informal, joint request for leave to conduct certain testing procedures after the deadline for discovery. At the time of the Hearing, the individual Plaintiffs appeared by James L. Fetterly, Esq.; the Plaintiff Western National Insurance Group appeared by Bradley L. Doty, Esq.; the Defendant Rheem Manufacturing Company appeared by James L. Haigh, Esq.; the Defendant Robertshaw Controls Company appeared by David A. Wikoff, Esq.; and the Defendant Reliant Energy Resources Corp., d/b/a Reliant Energy Minnegasco, appeared by Peter G. Van

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Bergen, Esq. Given the agreement of the parties, and for good cause shown, the joint request to conduct testing after the close of discovery is granted.[1]

NOW, THEREFORE, It is --

ORDERED:

That the parties' informal, joint request to have testing procedures conducted after the close of discovery is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]Concern was expressed that the results of the testing would not be obtained prior to the Settlement Conference which we have scheduled for August 13. If productive settlement discussions are precluded by the absence of testing results, counsel for the parties are to promptly advise the Court, in order that a Status Conference can be conducted by telephone.