**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dennis W. Fischer and Judith Fischer, and Western National Insurance Group,

Plaintiffs,

vs.

Rheem Manufacturing Company, Robertshaw Controls Company; and Reliant Energy Resources Corp. d/b/a Reliant Energy Minnegasco,

Defendants.

Civil Action No: 01 CV 1739 (PAM/RLE)

**STIPULATION TO AMEND THE SCHEDULING ORDER**

Plaintiffs Dennis Fischer, Judith Fischer and Western National Insurance Group, and Defendants CenterPoint Energy Minnegasco, Rheem Manufacturing Company and Robertshaw Controls Company, requires a limited Amendment to the Scheduling Order be entered pursuant to Rule 16 of the Federal Rules of Civil Procedure to allow additional time beyond the July 31, 2003 discovery deadline for this matter to permit CenterPoint Energy Minnegasco to conduct destructive testing and an inspection pursuant to the Demand for Inspection and Destructive Testing served on July 17, 2003. The parties, having stipulated, by their counsel, to an entry of this Amended Scheduling Order and Order Amending Scheduling Order, the Court having considered the proposed Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby amended so that the deadline for discovery is amended to expire on September 15, 2003 for the limited purpose of allowing

(18) (29)

FILED AUG 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

4

CenterPoint Energy Minnegasco to conduct destructive testing and an inspection pursuant to its Demand for Inspection and Destructive Testing.

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

Dated: 7/25, 2003

By: ______________________
PETER G. VAN BERGEN #112033
E. LYNETTE STAFFORD #030167X
Attorneys for Defendant CenterPoint Energy Minnegasco
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

ROBINS, KAPLAN, MILLER & CIRESI, LLP.

Dated: ____________, 2003

By: ______________________
JAMES FETTERLY #29026
Attorneys for Plaintiffs
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-85000

STEMPEL & ASSOCIATES

Dated: 8/4, 2003

By: ______________________
BRAD DOTY #276364
Attorneys for Western National Insurance Group
41 - 12th Avenue North
Hopkins, MN 55343
(952) 935-0908

Dated: ____________, 2003

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: ________________________
JAMES L. HAIGH #39469
SARAH L. SANVILLE #300445
Attorneys for Defendant Rheem Manufacturing Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

Dated: ____________, 2003

FLYNN & GASKINS

By: ________________________
RANDY PATTEE #184962
Attorneys for Robertshaw Controls Company
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

**ORDER**

Based on the foregoing Stipulation of the parties, and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 18th day of August, 2003

**BY THE COURT:**

Raymond C Erickson

United States Magistrate Judge
United States District Court