UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dennis W. Fischer and Judith Fischer, and Western National Insurance Group,

Plaintiffs,

vs.

Rheem Manufacturing Company, Robertshaw Controls Company; and Reliant Energy Resources Corp., d/b/a Reliant Energy Minnegasco,

Defendants.

Court File No. 01-1739 PAM/JGL

**ORDER AMENDING PRETRIAL SCHEDULE**

---

The Court, upon motion of Robertshaw Controls Company, seeking a two-week extension of time for the disclosure of the expert opinion of Joseph Erdelsky and being apprised of the stipulation and consent of all parties of record, finds good cause exists consistent with Local Rule 16.3 and hereby GRANTS Robertshaw's extension of time to disclose the opinions of Joseph Erdelsky to November 14, 2003. No other scheduling order or dates are changed by virtue of this Order.

IT IS SO ORDERED:

Dated: October 31, 2003

Raymond L. Erickson
The Honorable Raymond L. Erickson
U.S. Magistrate Judge

31

FILED OCT 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JLB