CV. 01-1739 PAM/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**<u>NOTICE OF CIVIL CASES FOR TRIAL</u>**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Monday, February 2, 2004 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried. Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **<u>DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.</u>**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a "**ready**" basis.

Counsel are directed to Local Rules for the District of Minnesota, specifically, Rule 39 regarding Trial Practice. Please submit pretrial materials pursuant to Trial Preparation Order. If Trial Preparation Order is not filed in your case, submit an **original and two copies** of pretrial materials referred in Rule 39 directly to Judge Magnuson's chambers, Room 730, 316 North Robert St., St. Paul, Minnesota, 55101, by the close of business, Tuesday, January 20, 2004. Counsel **<u>MUST PREMARK ALL EXHIBITS</u>** to be used or introduced at trial in the manner indicated in Rule 39. Blank exhibit lists are attached for your convenience and must be used when compiling your exhibit lists. (If trial materials already submitted, disregard)

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 708 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: December 10, 2003

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

DEC 10 2003

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

---

| | | | |
|---|---|---|---|
| 1. | Dennis Fischer, et al., | | **JURY TRIAL** |
| | v. | Civil 01-1739 PAM/RLE | RE: Diversity/Property Damage |
| | Rheem Manufacturing Company, et al., | | ELOT: ? |
| | FOR PLAINTIFF: | Stephen Lickteig<br>James Fetterly<br>Bradley Doty | 349-8500 (612)<br><br>935-0908 (952) |
| | FOR DEFENDANT: | James Haigh<br>Peter Van Bergen<br>George Flynn<br>Hal Shillingstad | 546-8400 (952)<br><br>333-9500 (612) |
| 2. | M.S., individually and on behalf of her minor son, A.A. | | **JURY TRIAL** |
| | | | RE: Libel/Assault/Slander |
| | v. | Civil 02-3822 PAM/RLE | ELOT: ? |
| | R.H., et al., | | |
| | FOR PLAINTIFF: | Eric Nystrom | 371-3211 (612) |
| | FOR DEFENDANT: | John Catron<br>Joseph Twomey<br>David Alsop | 482-8900 (651)<br><br>933-9900 (952) |

# CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

---

| | | | |
|---|---|---|---|
| 3. | Kimberly Patzner | | **JURY TRIAL** |
| | v. | Civil 03-1038 PAM/RLE | RE: Fair Debt Collection |
| | National Recoveries, Inc., et al., | | ELOT: ? |
| | FOR PLAINTIFF: Thomas Lyons, Jr. | | 770-9707 (651) |
| | FOR DEFENDANT: | Michael Klutho | 333-3000 (612) |
| | | William Gengler | 339-6900 (612) |
| | | Gregory Myers | |
| | | Dustin Rawlin | 586-3939 (216) |
| | | Angela Taylor | 851-3939 (949) |

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

## EXHIBIT AND WITNESS LIST

V.

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| vs. | CASE NO. |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |