# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Dennis W. Fischer, et al.,

v.

Rheem Manufacturing, et al.,

## CIVIL TRIAL NOTICE

**Case Number 01-1739 (PAM/RLE)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, March 1, 2004 @ 9:30 A.M. for civil jury selection and trial.**

Submit pretrial materials (**an original and two copies**) pursuant to Rule 39 directly to Judge Magnuson's chambers, Room 730 Federal Building, 316 North Robert St., St. Paul, MN 55101 by 4:30 P.M. on Tuesday, February 17, 2004. **COUNSEL MUST PREMARK ALL EXHIBITS.**

Dated: January 9, 2004

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Stephen Lickteig
James Fetterly
Bradley Doty
James Haigh
George W. Flynn
Peter Van Bergen

FILED JAN 09 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK