UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #1, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Wednesday, September 1, 2004 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried.
Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota and the ECF Procedures Guide. Counsel should note in particular Local Rule 39 regarding Trial Practice. Original documents are to be filed on CM/ECF by Thursday, August 19, 2004. Please submit one copy of all pretrial materials directly to Judge Magnuson's e-mail box (magnuson_chambers@mnd.uscourts.gov).The proposed trial documents should be submitted in Word Perfect format. Use of this e-mail box does not constitute filing with CM/ECF, nor is it a replacement for filing. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39.

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 700 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: July 30, 2004

s/Suzanne M. Ruiz
Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

**1.** **(Fischer) Western Life National Insurance Group,** **<u>JURY TRIAL</u>**

**v. Civil 01-1739 PAM/RLE** **Re: Diversity/Property Damage**

**(Rheem) Robertshaw Controls Company** **Elot: 3 or 4 Days**

**FOR PLAINTIFF: Bradley Doty 935-0908 (952)**
**Michael W. Lowden 896-8000 (952)**

**FOR DEFENDANT: George Flynn 333-9500 (612)**
**Hal Shillingstad**

---

**2.** **James Fee, et al.,** **<u>JURY TRIAL</u>**

**v. Civil 03-3502 PAM/RLE** **Re: Personal Injury**

**Great Bear Lodge, et al.,** **Elot: 8 Days**

**FOR PLAINTIFF: John Bonner 313-0711 (612)**
**Thomas DeVincke**

**FOR DEFENDANT: Jason M. Hill 851-0700 (952)**
**Robert Haugen**
**Benjamin Bohnsack 896-3700 (952)**
**Patrick Reilly 837-3251 (952)**
**David Rollwagen 342-2100 (612)**
**David McCalip**
**Jerome Abrams**
**Michael McNee 546-8400 (952)**
**Michelle Mitchell 333-3434 (612)**
**Peter Van Bergen 546-8400 (952)**

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

---

**3.** **Knutson Construction** **<u>JURY TRIAL</u>**

**v. Civil 03-3501 PAM/JSM** **Re: Insurance Contract**

**Factory Mutual Ins.,** **Elot: 3 Days**
**dba FM Global**

**FOR PLAINTIFF: Katie Pfeifer 340-2600 (612)**
**Thomas Nuss**
**Vernle Durocher**

**FOR DEFENDANT: Christopher Paar 339-2020 (612)**
**Michael Feinberg**

---

**4. Robin Drug Co., et al.,** **JURY TRIAL**

**v. Civil 03-3397 PAM/RLE** **Re: Diversity/Contract**

**PharmaCare Management Services** **Elot: 1 Week**
**Inc.,**

| | |
|---|---|
| **FOR PLAINTIFF: Daniel Gustafson** | **333-8844 (612)** |
| **Karla Gluek** | |
| **John Curi** | **722-9111 (612)** |
| **Jordan Lewis** | **225-9646 (414)** |
| **Wood Foster** | **337-6100 (612)** |
| **Neil Thompson** | **721-5534 (612)** |
| **FOR DEFENDANT: Aaron Biber** | **339-4295 (612)** |
| **Brian Dockendorf** | **296-1794 (651)** |
| **Denise Tataryn** | **339-4295 (612)** |
| **Seymour Mansfield** | |
| **John Stephan** | **542-6000 (617)** |
| **Kevin McGinty** | |

**CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON**

---

| | | |
|---|---|---|
| **5.** | **Charles Russell** | **JURY TRIAL** |
| | **v. Civil 03-4889 PAM/SRN** | **Re: 42:1983 Civil Rights Act** |
| | **Hennepin County, et al.,** | **Elot: 5 Days** |
| | **FOR PLAINTIFF: Nancy Tibbs** | **339-8131 (612)** |
| | **Seth Colton** | |
| | **FOR DEFENDANT: Toni Beitz** | **348-5518 (612)** |

---

| | | |
|---|---|---|
| **6.** | **Jodi Ann Hawkinson** | **JURY TRIAL** |
| | **v. Civil 03-4413 PAM/RLE** | **Re: 42:1983 Civil Rights Act** |
| | **Anoka County, et al.,** | **Elot: 3 Days** |
| | **FOR PLAINTIFF: Albert Goins** | **339-3848 (612)** |
| | **Kathryn Burke** | **338-8690 (612)** |
| | **FOR DEFENDANT: Jason Hiveley** | **548-7200 (952)** |
| | **Paul Reuvers** | |

---

| | | |
|---|---|---|
| **7.** | **Thomas Cahalan** | **JURY TRIAL** |
| | **v. Civil 03-2216 PAM/RLE** | **Re: Personal Injury** |
| | **Michael Rohan, et al.,** | **Elot: 2 Weeks** |
| | **FOR PLAINTIFF: William Fishman** | **546-6000 (952)** |
| | **FOR DEFENDANT: Brian Wood** | **333-3637 (612)** |
| | **John Guthmann** | **482-8900 (651)** |