**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dennis W. Fischer and
Judith Fischer, and
Western National Insurance Group,

Plaintiffs,

v.

Rheem Manufacturing Company,
Robertshaw Controls Company; and
Reliant Energy Resources Corp. d/b/a
Reliant Energy Minnegasco,

Defendants.

Civil Action No: 01-1739 PAM/JGL

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Western National Insurance Group and Defendant Robertshaw Controls Company, that all claims, may be and hereby are dismissed with prejudice and on the merits and without costs or disbursements to any party and that a judgment of partial dismissal with prejudice and on the merits may be entered by the Court pursuant hereto without further notice.

Dated: 10-29-04

STEMPEL & DOTY, PLC

By: [signature]
Bradley L. Doty, #276364
Attorneys for Plaintiff Western
National Insurance Group
41 Twelfth Avenue North
Hopkins, MN 55343
(952) 935-0908

SCANNED
NOV 3 2004
U.S. DISTRICT COURT MPLS

FLYNN & GASKINS, L.L.P.

Dated: By: [signature]

Hal A. Schillingstad, #195777
Attorney for Defendant Robertshaw
Controls Company
333 South Seventh Street, #2900
Minneapolis, MN 55402
(612) 333-9500

STEMPEL & DOTY, PLC

41 TWELFTH AVENUE NORTH
HOPKINS, MN 55343

(952) 935-0908

FAX (952) 935-0938

ATTORNEYS AT LAW

ATTORNEYS
Richard S. Stempel
Bradley L. Doty
Eric S. Hayes
Jon R. Schindel

PARALEGALS
Donna L. Ritenour
Dacia L. Kluver
Samantha Tschida
Jill M. Butler

RECEIVED
BY U.S. MAIL

2004 NOV -3 AM 9:12

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

November 2, 2004

Clerk of Court
202 U.S. Courthouse
300 S 4th St
Minneapolis, MN 55415

RE: Dennis W. Fischer et. al v. Rheem Manufacturing Co., et. al
Civil Action No: 01-1739 PAM/JGL
**Our File No: 16877**

Dear Clerk of Court:

Enclosed for filing please find the Stipulation for Partial Dismissal with Prejudice.

Sincerely,

STEMPEL & DOTY, PLC.

Donna L. Ritenour
Paralegal

/dlr
Enclosure
cc: Nancy Jacobson
Hal A. Schillingstad